### CRIMINAL COMPLAINT
#### (Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Guadalupe Morales**<br>DOB: 1965; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**26-04361MJ** |
| Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 28, 2026, in the District of Arizona, **Guadalupe Morales**, knowing and in reckless disregard of the fact that a certain illegal alien, Lazaro Reyes-Villa, had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On March 28, 2026, at approximately 12:35 p.m., in the District of Arizona (Sasabe), Border Patrol agents (BPAs) were advised by camera operators that a white sedan had turned west into an area known as "Fat Boy's Wash". This location is just south of the town of Sasabe, Arizona and approximately 1,300 feet north of the international border. At approximately 12:37 p.m., camera operators observed the same vehicle, now traveling east out of the Wash and toward State Route (SR) 286. This quick turnaround and the location indicated to agents that the vehicle may have picked up illegal aliens as smugglers who are picking up aliens or contraband will quickly leave the area once they make the pick-up to avoid encounters with law enforcement. Camera operators observed the vehicle appeared to have more occupants than when it was initially observed. A few minutes later, camera operators observed one subject exiting the vehicle near Mile Marker (MM) 1 on SR 286. BPAs were parked on the side of the road near MM 2.5. As the vehicle passed them, BPAs noticed the vehicle sped up. BPAs began to follow the vehicle and a records check revealed the vehicle was registered to an address in Tucson with its last crossing into the United States on March 27, 2026, through Nogales, Arizona. BPAs noticed the vehicle slowing to ten miles per hour under the posted speed limit and it began to cross the fog line and center line several times. The driver was also seen looking back at BPAs through the side mirror. BPAs performed a vehicle stop and the vehicle yielded at MM 7.5 on SR 286. The driver was identified as **Guadalupe Morales**, a United States citizen. Several other BPAs responded to the last known location of the subject who ran from the vehicle and encountered one subject hiding under a tree. The subject was later identified as Lazaro Reyes-Villa. BPAs performed an immigration inspection on Reyes-Villa. He admitted to being a citizen of Mexico, present in the United States illegally. Record checks revealed he was not in possession of the proper documentation to enter, pass through, or remain in the United States.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Lazaro Reyes-Villa

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Nick Piccolo<br>Border Patrol Agent |
|---|---|

Sworn by telephone __x__

| SIGNATURE OF MAGISTRATE JUDGE[1] <br>*Maria S. Aguilera* | DATE<br>March 30, 2026 |
|---|---|

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Price

26-04361MJ

**Continued from front page.**

Material witness Lazaro Reyes-Villa stated he is a citizen of Mexico and he arranged to be smuggled into the United States for $300,000 Mexican pesos that he would pay once he reached final destination. He stated he illegally crossed the International Boundary Fence (IBF) with assistance and used a ladder and a rope. He was given directions to a location where a vehicle would be coming to pick him up. He was in communication with a Mexican coordinator via cellphone, and he provided updates to the coordinator to as he walked towards his pick-up location. He stated he waited at the location approximately fifteen to twenty minutes before a white sedan pulled up. The driver lowered the window, and he heard a female yelling in Spanish "get in, get in, get in let's go". He ran to the vehicle and was instructed by the driver to get into the back seat and lay down. He described the driver as an older Hispanic woman wearing glasses. The driver gave Reyes-Villa a cord and told him to plug in his phone. He stated the driver was on the phone with a male speaking in Spanish. The male on the phone told the female driver the road was clear and there were no agents nearby. The female driver then drove from the area at what appeared to Reyes-Villa like a high rate of speed, and he could hear the roar of the engine as she accelerated. The driver then yelled out to him saying she spotted a Border Patrol agent but was not worried because she believed he was on his way back home. The driver then panicked because she saw that the agent had turned around. She began yelling, saying "so much for the road being clear". The driver began yelling at Reyes-Villa, telling him to jump out of the vehicle. The driver refused to stop but continued to yell at him to jump out of the vehicle. Reyes-Villa felt like he had no other choice and jumped out of the moving vehicle. Upon asking if he was injured, he lifted his arm and several scratches were observed. He stated it wasn't bad, and that he wasn't seriously injured. He stated he then ran into the brush and attempted to hide. He was arrested shortly after by Border Patrol Agents. Reyes-Villa was presented with a photo lineup and positively identified **Morales** as the driver of the vehicle.